```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ROBERT GINGHER,

                Plaintiff,      :    CV: 15-2706(GHW)

   -against-                            :    **NOTICE OF VOLUNTARY**
                                             :    **DISMISSAL PURSUANT TO**

DICKSTEIN SHAPIRO, LLP,           :    **F.R.C.P. 41(a)(1)(A)(i)**
ROBERT DICKERSON, JEFFREY
K. SHERWOOD, STEVEN WEISBURD,  :
MICHAEL NANNES, JAMES KELLY,
& DEBORAH SKAKEL(are sued in their  :
individual capacities Pursuant to
NYEL §296(6),                      :

               Defendants.  :
------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff ROBERT GINGHER and his counsel, hereby give Notice that the above-captioned action is voluntary dismissed, without prejudice against defendants DICKSTEIN SHAPIRO, ROBERT DICKERSON, JEFFREY K. SHERWOOD, STEVEN WEISBURD, MICHAEL NANNES, JAMES KELLY and DEBORAH SKAKEL.

Date:   June 10, 2015

                                       SCOTT MICHAEL MISKIN PC

                                       By:   Scott Michael Mishkin(SMM3687)
                                                One Suffolk Square Suite 240
                                                Islandia, New York 11749
                                                631-234-1154
                                                *Attorneys for Plaintiff*

Plaintiff has voluntarily dismissed this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of Court is instructed to close the case.

Dated: June 11, 2015                       _____
                                            GREGORY H. WOODS
                                            United States District Judge